

NUMBER 13-08-00339-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MAYOR PAT AHUMADA, IN HIS
CAPACITY AS EX-OFFICIO
PUB BOARD MEMBER, ET AL.,                                    Appellants,

v.

EMMANUEL VASQUEZ, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY AS A
DIRECTOR OF THE BROWNSVILLE PUB,                             Appellee.

On appeal from the 103rd District Court of Cameron County, Texas.

# MEMORANDUM OPINION

Before Justices Yañez, Garza, and Vela
Memorandum Opinion Per Curiam

Appellant, Mayor Pat Ahumada, in his capacity as ex-officio Pub Board Member, et.al, perfected an appeal from a judgment rendered against him in favor of appellee, Emmanuel Vasquez, Individually and in his Official Capacity as a Director of the

Brownsville PUB. On October 3, 2008, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on September 25, 2008, and that the deputy district clerk, Christina Tusa, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

On August 4, 2008 and October 15, 2008, the Clerk of the Court notified appellant that he was delinquent in remitting a $175.00 filing fee. The Clerk of this Court notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of this letter. *See id.* 42.3(b),(c).

Appellant has failed to failed to respond to this Court's notices and has failed to pay the filing fee. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b). All pending motions are likewise dismissed.

PER CURIAM

Memorandum Opinion delivered and filed
this the 11th day of December, 2008.

2